UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| TRACY LASHELL BLANKS, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:14-CV-00303 |
| | § | |
| CAROLYN W. COLVIN, | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is a Motion for Attorney Fees, filed by Tracy Lashell Blanks. (Doc. No. 15.) On November 21, 2017, United States Magistrate Judge Dena Hanovice Palermo issued a Report and Recommendation ("R & R") in this case, recommending that the motion be granted. (Doc. No. 18.) Neither party filed any objection within the fourteen-day period established under 28 U.S.C. § 636(b)(1)(C).

The Court agrees with the conclusions, and the reasoning, of the R & R. Accordingly, the Court hereby **ADOPTS** the R & R and **GRANTS** the Motion for Attorney Fees.

**IT IS SO ORDERED.**

SIGNED at Houston, Texas, on this the 13th day of December, 2017.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE